UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ETEAM, INC,

                Plaintiff,

v.

HILTON WORLDWIDE HOLDINGS, INC.,
and HILTON WORLDWIDE, INC.,

                Defendants.

**ORDER**

Civ. No. 15-5057 (WHW)(CLW)

      The matter having come before the Court on Plaintiff eTeam, Inc.'s Motion for Default Judgment, it is hereby ORDERED that Plaintiff's motion, ECF No. 7, is denied.

DATE: 4 Jnury 2016

Hon. William H. Walls
Senior United States District Court Judge